Daniel M. **HOMOLKA**, P.A., Plaintiff–Appellant

v.

Clayton A. **CLARK**; Clark Depew & Tracy, L.L.P.; Clark Burnett, L.L.P., Defendants–Appellees.

No. 10–20337.

United States Court of Appeals, Fifth Circuit.

March 3, 2011.

William David George, Connelly Baker Wotring, L.L.P., Benjamin Lewis Hall, III, The Hall Law Firm, Houston, TX, for Plaintiff–Appellant.

Lynne Liberato, Kent Geoffrey Rutter, Esq., Odean L. Volker, Haynes & Boone, L.L.P., Robert Dale Green, Robert D. Green & Associates, Houston, TX, for Defendants–Appellees.

Before KING, DAVIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.